This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**IN THE MATTER OF THE ESTATE OF ELI ORLOWSKY, Deceased,**

**WILCOX LAW FIRM, P.C.,**

 Claimant-Appellant,

v.           **NO. 31,870**

**ESTATE OF ELI ORLOWSKY, DOUGLAS ORLOWSKY, PERSONAL REPRESENTATIVE**,

 Defendant-Appellee.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Carl J. Butkus, District Judge**

Wilcox Law Firm, P.C.
Vickie R. Wilcox
James A. Noel
Albuquerque, NM

for Appellant

Karl H. Roepke
Albuquerque, NM

for Appellee

**MEMORANDUM OPINION**

**VIGIL, Judge.**

Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition filed on March 13, 2012. Claimant filed a memorandum in opposition to proposed summary disposition on April 2, 2012. Summary affirmance was proposed again for the reasons stated in the second notice of proposed summary disposition filed on May 9, 2012. No memorandum opposing summary affirmance has been filed and the time for doing so has expired.

AFFIRMED.

**IT IS SO ORDERED.**

_____

**MICHAEL E. VIGIL, Judge**

**WE CONCUR:**

_____

**RODERICK T. KENNEDY, Judge**

_____

**TIMOTHY L. GARCIA, Judge**